﻿Citation Nr: 18132484
Decision Date: 09/06/18 Archive Date: 09/06/18

DOCKET NO. 16-06 996
DATE: September 6, 2018
REMANDED
Entitlement to an initial compensable disability rating for residuals of a fracture of the left index finger is remanded.
REASONS FOR REMAND
The Veteran served a period of active duty for training (ACDUTRA) from June 1984 to October 1984, with additional periods of service with the United States Army Reserve.
Entitlement to an initial compensable disability rating for residuals of a fracture of the left index finger is remanded.
The Veteran was last afforded a VA examination to assess the severity of his left index finger disability in June 2014. In his January 2016 VA Form 9 appeal, the Veteran stated that his disability has become progressively worse, with symptoms that include extreme pain. He further stated his symptoms prevent him from using his finger, which prevents him from doing routine activities and chores. As the record indicates a potential worsening of the Veteran’s condition since the last examination, and the last examination was conducted more than four years ago, a new examination should be obtained on remand.

The matter is REMANDED for the following action:
Schedule the Veteran for an examination by an appropriate examiner to determine the current severity of his service-connected residuals of a fracture of the left index finger. 
 
Evan M. Deichert
Acting Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD Jack S. Komperda, Associate Counsel